**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABLE HOME HEALTH, LLC, )<br>on behalf of Plaintiff and )<br>the class members defined herein, )<br> )<br>Plaintiff, )<br> )<br> )<br>v. )<br> )<br>WILLAMETTE VALLEY )<br>TOXICOLOGY LLC, )<br>doing business as WVT LABORATORY, )<br>and JOHN DOES 1-10, )<br> )<br>Defendants. ) | No. 21 C 2590<br><br>Judge Valderrama |

**PLAINTIFF'S UNOPPOSED MOTION TO
<u>EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL</u>**

Plaintiff Able Home Health, LLC respectfully requests pursuant to Fed. R. Civ. P. 6(b) an extension of time to file the motion for preliminary approval. In support thereof, plaintiff states:

1. On July 28, 2021 Defendant filed an Agreed Motion to Relieve Defendant of the Obligation to File a Responsive Pleading and to Vacate the Order Requiring Submission of a Joint Status Report in Light of the Fact that the Parties Have Reached an Agreement to Settle. (*Dkt. No. 15*)

2. On July 29, 2021, the Court entered an order granting defendant's motion and setting a deadline of August 31, 2021 for the parties to file a motion for preliminary approval of the settlement. (*Dkt. No. 16*)

3. The parties have worked together in good faith over the past several weeks on the settlement documents but the final drafts of the settlement documents have not yet been signed

1

off on by defendant. It is anticipated that Defendant will be executing the Settlement Agreement in the immediate future.

    4.    Accordingly, the parties respectfully request an extension of time from August 31, 2021 through and including September 14, 2021 to file the motion for preliminary approval.

    5.    This is plaintiff's first request to extend this deadline. This motion is not filed for purposes of delay.

    6.    Plaintiff's counsel has discussed the relief sought herein with defendant's counsel and defendant does not oppose the relief sought herein.

WHEREFORE, plaintiff respectfully requests an extension of time from August 31, 2021 through and including September 14, 2021 to file the motion for preliminary approval of the class action settlement.

                      Respectfully submitted,

                      *s/ Heather Kolbus*
                      Heather Kolbus

Daniel. A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

4813-6307-1225

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on August 31, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to the following party:

    Bart Thomas Murphy - bart.murphy@icemiller.com
    ICE MILLER LLP
    2300 Cabot Drive, Suite 455
    Lisle, IL  60532

                                        *s/ Heather Kolbus*
                                        Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200